Lionel Z. Glancy (#134180)
Kara M. Wolke (#241521)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160
Email:    lglancy@glancylaw.com
          kwolke@glancylaw.com

*Attorneys for Plaintiff Jake Ha*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE HA, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. CALDWELL, HENRY WK CHOW, BRUCE L. CLAFLIN, NORA M. DENZEL, NICHOLAS M. DONOFRIO, MARTIN L. EDELMAN, JOHN R. HARDING, JOSEPH A. HOUSEHOLDER, MICHAEL J. INGLIS, LISA T. SU AND AHMED YAHIA,<br><br>Defendants.<br><br>and<br><br>ADVANCED MICRO DEVICES, INC.<br><br>Nominal Defendant. | Case No. 4:15-cv-04485-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CIVIL ACTION** |

WHEREAS, a securities fraud class action captioned *Hatamian, et al. v. Advanced Micro Devices, Inc., et al.*, No. 3:14-cv-00226-YGR is currently pending in the U.S. District Court for the Northern District of California (the "Securities Action");

WHEREAS, on April 27, 2015, plaintiffs Christopher Hamilton and David Hamilton filed a related shareholder derivative complaint (the "*Hamilton* Action"), Case No. 15-cv-01890-YGR, against defendants W. Michael Barnes, Richard A. Bergman, John E. Caldwell, Henry WK Chow, Bruce L. Claflin, Craig A. Conway, Nicholas M. Donofrio, H. Paulett Eberhart, John R. Harding, Waleed Muhairi, Robert R. Palmer, Rory P. Read, Thomas J. Seifert and Lisa T. Su;

WHEREAS, on May 28, 2015, the Securities Action and the *Hamilton* Action were deemed related (Case No. 15-cv-01890-YGR, Dkt. 27; Case No. 14-cv-00226-YGR, Dkt. 122);

WHEREAS, on September 29, 2015, plaintiff Jake Ha ("Plaintiff") filed a shareholder derivative complaint (the "*Ha* Action"), Case No. 15-cv-04485-KAW, against defendants John E. Caldwell, Henry WK Chow, Bruce L. Claflin, Nora M. Denzel, Nicholas M. Donofrio, Martin L. Edelman, John R. Harding, Joseph A. Householder, Michael J. Inglis, Lisa T. Su and Ahmed Yahia, and nominal defendant Advanced Micro Devices, Inc. ("Defendants");

WHEREAS, the allegations in the *Hamilton* and *Ha* Actions (together, the "Derivative Actions") and the Securities Action substantially overlap in relevant time period, with the *Ha* Action covering the period from at least the beginning of 2011 through the present, and the Securities Action and *Hamilton* Action covering the period from April 4, 2011 to October 18, 2012;

WHEREAS, the Derivative Actions both name Defendants Lisa T. Su, John E. Caldwell, Henry WK Chow, Bruce L. Claflin, Nicolas M. Donofrio, and John R. Harding (the "Individual Defendants") and allege that each made materially false and misleading statements concerning the Llano, which allegations the Individual Defendants deny;

WHEREAS, the derivative plaintiffs in both Derivative Actions allege that the Individual Defendants systematically failed to implement internal corporate controls necessary to ensure the Company disseminates accurate information to its shareholders and the broader investment community, and thereby breached their fiduciary duties of good faith, due care and loyalty, which allegations the Individual Defendants deny;

1  WHEREAS, the parties believe that the Securities Action and Derivative Actions involve substantially the same factual allegations, parties and events; and

WHEREAS, the *Hamilton* Action is currently stayed pending the resolution of the Securities Action;

WHEREAS, on December 1, 2015, the Court entered an Order Relating the *Ha* Action to the Securities Action (Dkt. No. 163).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, through their undersigned counsel of record and subject to the approval of the Court, in accordance with Civil Local Rules 3-12, 6-2 and 7-12, as follows:

1. The *Ha* Action, including all deadlines and hearings, is hereby temporarily stayed pending the resolution of the Securities Action;

2. Within thirty (30) days of the resolution of the Securities Action, the Parties shall meet and confer and submit a proposed schedule to the Court for further proceedings in this action;

3. Subject to the entry of an appropriate protective order or confidentiality agreement, Defendants agree to promptly provide Plaintiff, with undersigned Counsel at Glancy Prongay & Murray LLP designated as Plaintiffs' receiving agent, with copies of all discovery produced by defendants to the plaintiffs in the Securities Action after such discovery is produced to the plaintiffs in the Securities Action by defendants, including all transcripts of depositions taken in the Securities Action, except to the extent such deposition transcripts or portions thereof have been designated as confidential by a party other than Defendants.  For purposes of clarity, Defendants do not agree to and shall not provide Plaintiff with any discovery produced by the plaintiffs or by any existing or future third parties in the Securities Action, including any transcripts of third-party depositions taken in the Securities Action;

4. Defendants agree to invite Plaintiff to participate in any mediation that takes place in regards to the Securities Action, including the mediation scheduled for January 14, 2016;

5. The composition of AMD's Board of Directors that will be considered in connection with determining whether Plaintiffs have pled facts sufficient to raise a reasonable doubt that a pre-

1  litigation demand on the Company's Board of Directors would have been futile shall be the
2  composition of the Board of Directors as of September 29, 2015, the date this action was initiated; and
3       6.    By entering into this Stipulation, the Parties do not waive any rights not specifically
4  addressed herein, including the right to pursue formal discovery and/or file any motion that any Party
5  deems appropriate once this action is no longer temporarily stayed.

DATED:  December 21, 2015         GLANCY PRONGAY & MURRAY LLP


                                  By:   *s/ Kara M. Wolke*
                                  Lionel Z. Glancy (#134180)
                                  Kara M. Wolke (#241521)
                                  1925 Century Park East, Suite 2100
                                  Los Angeles, California 90067
                                  Telephone:  (310) 201-9150
                                  Facsimile:  (310) 201-9160
                                  Email:  info@glancylaw.com

                                  Avi N. Wagner (#226688)
                                  The Wagner Firm
                                  1925 Century Park East, Suite 2100
                                  Los Angeles, California 90067
                                  Telephone: (310) 491-7949
                                  Facsimile: (310) 694-3967
                                  Email: avi@thewagnerfirm.com

                                  *Attorneys for Plaintiff Jack Ha*

| | | |
|---|---|---|
| 1 | DATED: December 21, 2015 | LATHAM & WATKINS LLP |

By:  *s/ Patrick E. Gibbs*
Patrick E. Gibbs (#183174)
140 Scott Drive
Menlo Park, California 94025
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600
Email:  patrick.gibbs@law.com
Melanie M. Blunschi (#234264)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 391-0600
Facsimile: (415) 395-8095
Email:  melanie.blunschi@law.com

Kala Sherman-Presser (#302591)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 391-0600
Facsimile: (415) 395-8095
Email:  kala.sherman-presser@lw.com

*Attorneys for Defendants Advanced Micro Devices, Inc., Rory P. Read, Thomas J. Seifert, Lisa T. Su, and Richard A. Bergman*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  December 22, 2015

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge